Steven Dwayne CORBIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40711.

Missouri Court of Appeals,
Western District.

March 28, 1989.
Motion for Transfer Denied May 2, 1989.

Bernard Passer, Michael Svetlic, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SHANGLER and CLARK, JJ.

PER CURIAM:

ORDER

Appeal from denial of Rule 27.26 motion for post conviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).